UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE HERNANDEZ; JOSEPH HERNANDEZ,<br><br>                    Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC., et al.,<br><br>                    Defendants. | Case No.: 1:20-CV-01227-DAD-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION RE VOLUNTARY PARTIAL DISMISSAL (JOSEPH HERNANDEZ ONLY) PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br>(Doc. 22) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) that Joseph Hernandez will dismiss this action in its entirety as to all of the defendants. (Doc. 22) The parties also agree that this stipulation does not impact the lawsuit of Lorraine Hernandez, which is ongoing. Id. at 1. The parties agree that each side will bear their own fees and costs. Id. Accordingly, the Clerk of Court is DIRECTED to close the entire action filed Joseph Hernandez only.

IT IS SO ORDERED.

    Dated:   **March 18, 2021**           **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE