UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE HERNANDEZ; JOSEPH HERNANDEZ,<br><br>                Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC., et al.,<br><br>                Defendants. | Case No.: 1:20-CV-01227-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>(Doc. 24) |

    The parties have filed a joint notification that the case has settled (Doc. 24). Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed <u>**no later than June 25, 2021**</u>;

    2.    All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

    Dated:  **April 23, 2021**                  **/s/ Jennifer L. Thurston**
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE