# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE HERNANDEZ; JOSEPH HERNANDEZ,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 1:20-CV-01227-DAD-JLT<br><br>**ORDER CLOSING THE CASE**<br>(Doc. 26) |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 26) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:　**June 10, 2021**　　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE